1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DITECH FINANCIAL LLC,                          )
                                               )
              Plaintiff(s),                    )        Case No. 2:16-cv-03021-JAD-NJK
                                               )
vs.                                            )        ORDER
                                               )
PARK AVENUE HOMEOWNERS'                        )
ASSOCIATION, et al.,                           )
                                               )
              Defendant(s).                    )
                                               )

Pending before the Court is the parties' stipulation to extend Defendant Park Avenue Homeowners' Association's ("Park Avenue") deadline to file responsive pleading to Plaintiff's complaint. Docket No. 10. The parties request that the Court extend Defendant Park Avenue's deadline to file a responsive pleading to February 3, 2017. *Id.* at 1. However, on January 20, 2017, Defendant filed an answer to Plaintiff's complaint. Docket No. 11. Accordingly, the parties' stipulation, Docket No. 10, is hereby **DENIED** as moot.

IT IS SO ORDERED.

DATED:   January 23, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge