LEACH KERN GRUCHOW
ANDERSON SONG
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
Attorneys for Park Avenue Homeowners' Association

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION; RED ROCK FINANCIAL SERVICES, LLC,<br><br>Defendants.<br><br>PARK AVENUE HOMEOWNERS' ASSOCIATION,<br><br>Cross Claimant,<br><br>vs.<br><br>RED ROCK FINANCIAL SERVICES, LLC,<br><br>Cross Defendant. | Case No.: 2:16-cv-03021-JAD-NJK<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Defendant Park Avenue Homeowners' Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

///

///

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 7th day of January, 2019.

**ROBBINS LAW FIRM**

_____
1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this _____ day of January, 2019.

**LEACH KERN GRUCHOW ANDERSON SONG**

/s/ Sean L. Anderson

_____
Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

///

///

///

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

PARK AVENUE HOMEOWNERS' ASSOCIATION

By: _____

Name: Tom Seablom

Its: PRESIDENT

## ORDER

**IT IS SO ORDERED** this <u>8th</u> day of January, 2019.

_____
United States Magistrate Judge

-3-