1   LEACH KERN GRUCHOW
    ANDERSON SONG
2   SEAN L. ANDERSON
    Nevada Bar No. 7259
3   sanderson@lkglawfirm.com
    J. Tyler King
4   Nevada Bar No. 14895
    tking@lkglawfirm.com
5   2525 Box Canyon Drive
    Las Vegas, Nevada 89128
6   Telephone:    (702) 538-9074
    Facsimile:    (702) 538-9113
7   *Attorneys for Park Avenue Homeowners' Association*

8

9               **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**

10

11  DITECH FINANCIAL LLC and FEDERAL          Case No.:   2:16-cv-03021-JAD-NJK
    NATIONAL MORTGAGE ASSOCIATION,

12                          Plaintiff,          **STIPULATION TO EXTEND TIME TO**
                                                **FILE A RESPONSE TO DITECH**
13  vs.                                         **FINANCIAL LLC AND FEDERAL**
                                                **NATIONAL MORTGAGE**
14  PARK AVENUE HOMEOWNERS'                     **ASSOCIATION'S MOTION FOR**
    ASSOCIATION; RED ROCK FINANCIAL            **SUMMARY JUDGMENT**
15  SERVICES, LLC,
                            Defendants.

16  PARK AVENUE HOMEOWNERS'
    ASSOCIATION,
17                          Cross Claimant,

18  vs.

19  RED ROCK FINANCIAL SERVICES, LLC,

20                          Cross Defendant.

21

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

Defendant Park Avenue Homeowners' Association (the "Association"), and Plaintiffs Ditech Financial LLC ("Ditech") and Federal National Mortgage Association ("FNMA"), by and through their undersigned counsel hereby stipulate and agree as follows:

1. On August 22, 2019, Ditech and FNMA filed a Motion for Summary Judgment ("Motion") [ECF 38]. Responses to said Motion are presently due on September 12, 2019.

2. The Association shall have up to and including September 26, 2019, to file its Response to the Motion.

3. The parties continue to discuss an amicable resolution of this matter and prefer to devote their time and resources to attempting to reach a settlement in lieu of further litigation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.   This request is not intended to cause any delay or prejudice to any party.

Dated this 11th day of September, 2019          Dated this 11th day of September, 2019

**LEACH KERN GRUCHOW ANDERSON SONG**          **AKERMAN LLP**

*/s/ J. Tyler King*                                */s/ Scott R. Lachman*
SEAN L. ANDERSON, ESQ.                    ARIEL E. STERN, ESQ.
Nevada Bar No. 7259                       Nevada Bar No. 8276
J. TYLER KING, ESQ.                       SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 14895                      Nevada Bar No. 12012
2525 Box Canyon Drive                     1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89128                   Las Vegas, Nevada 89134
*Attorneys for Park Avenue Homeowners'*   *Attorneys for Ditech Financial LLC*
*Association*                             *and Federal National Mortgage Association*

## ORDER

By stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as

follows:

The deadline for the Association to file its Response to Ditech and FNMA's Motion is

hereby extended up to and including September 26, 2019.

IT IS SO ORDERED.
Dated: September 17, 2019.

_____
UNITED   STATES   DISTRICT   COURT
JUDGE